GRAHAM v. BANK
No. 86 PC.

Case below: 16 N.C. App. 287.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

HATHCOCK v. LOWDER
No. 77 PC.

Case below: 16 N.C. App. 255.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

IN RE BONDING CO.
No. 84 PC.

Case below: 16 N.C. App. 272.

Petition of Mooneyham for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972. Appeal of Mooneyham dismissed for lack of substantial constitutional question 5 December 1972.

KOOB v. KOOB
No. 82 PC.

Case below: 16 N.C. App. 326.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 December 1972.

LONG v. CLUTTS
No. 90 PC.

Case below: 16 N.C. App. 217.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.